IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-264-CV





JACK L. BALLEW D/B/A AUTO MARKET,



 APPELLANT


vs.





LARRY BRUCKMANN,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY



NO. 217,049, HONORABLE STEPHEN RUSSELL, JUDGE PRESIDING



 





PER CURIAM

 Appellee has filed a motion to dismiss this appeal and affirm judgment. The motion
is granted. Tex. R. App. P. 60(a)(1).

 The judgment is affirmed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Affirmed on Appellee's Motion

Filed: June 22, 1994

Do Not Publish